**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

August 20, 2020

**MEMO ENDORSED**

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

**JUDI ABBOTT CURRY**

**Via ECF**
Hon. Paul E. Davison, U.S. Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

DIRECT: (212) 313-5404
FAX: (212) 687-0659
JCURRY@HARRISBEACH.COM

Re: *Ford, Kinley, Love and Petrone v. Combe Incorporated and Combe Products, Inc.*
Case No.: 7:19-cv-08501

Dear Judge Davison:

On behalf of defendants Combe Incorporated and Combe Products, Inc. ("Combe"), the undersigned submits this correspondence with the consent of counsel for Plaintiff, to respectfully request the 9:30 am conference on August 24, 2020 be adjourned for three weeks. The parties request this adjournment as we are in the process of resolving discovery issues and believe the adjournment will allow us to resolve the issues and make a scheduling conference with the Court more productive.

On behalf of Combe, thank you for your consideration of this matter.

Very truly yours,

*/s/ Judi Abbott Curry*

Judi Abbott Curry

JAC:ral
cc: Counsel for Plaintiffs, via ECF

Application GRANTED.
New conference date T.B.D.
(Order to follow).
SO ORDERED.

8/21/20